UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FELIPE MAGALLON,

Plaintiff,

v.

SYNCHRONY BANK et al.,

Defendants.

Case No.: 17-CV-955-CAB-JMA

**ORDER DENYING MOTION FOR EXTENSION OF TIME**

[Doc. No. 3]

Upon consideration of the joint motion for an extension of time for defendants to respond to the complaint, the Court does not find that the parties have demonstrated good cause to extend by a month Defendants' deadline for responding to the complaint. Accordingly, the motion is **DENIED**. Notwithstanding the foregoing, Defendants shall have until **June 12, 2017** to respond to the complaint. No further extensions will be granted.

It is **SO ORDERED**.

Dated: May 30, 2017

Hon. Cathy Ann Bencivengo
United States District Judge