Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorneys for Plaintiff:
FELIPE MAGALLON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON )<br>)<br>  Plaintiff, )<br>)<br>   vs. )<br>)<br>SYNCHRONY BANK; ALLIED )<br>INTERSTATE LLC )<br>)<br>   Defendants. )<br>_____ ) | Case No. 3:17-cv-00955-CAB-JMA<br><br><br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that FELIPE MAGALLON ("Plaintiff") and Defendants SYNCHRONY BANK and ALLIED INTERSTATE LLC have reached a settlement. The parties anticipate filing a joint motion dismissing the entire action with prejudice within 60 days.

Because the parties have reached a settlement in this case, Plaintiff respectfully

1 requests that all pleadings and filing requirements applicable to this case, including
2 the ENE currently scheduled for July 25, 2017, be vacated.
3 Respectfully submitted,
4 DATED: July 10, 2017              **MASHIRI LAW FIRM**
5                                             A Professional Corporation
6                                             By: /s/ Alex Asil Mashiri
7                                             Alex Asil Mashiri
                                              Attorney for Plaintiff,
8                                             FELIPE MAGALLON

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: July 10, 2017

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
FELIPE MAGALLON