Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
FELIPE MAGALLON

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON | Case No. 17-cv-00955-CAB-JMA |
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS** |
| SYNCHRONY BANK; ALLIED INTERSTATE LLC | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff FELIPE MAGALLON and Defendants SYNCHRONY BANK and ALLIED INTERSTATE LLC jointly move the Court to dismiss the entire case with prejudice. Each party to bear their own respective attorney's fees, expenses and costs.

DATED: September 11, 2017  **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
FELIPE MAGALLON

1
JOINT MOTION TO DISMISS

| | |
|---|---|
| 1  DATED:  September 11, 2017 | **REED SMITH LLP** |
| 2 | By: <u>/s/ Raagini Shah</u> |
| 3 | Raagini Shah |
| | Attorney for Defendants, |
| 4 | SYNCHRONY BANK and |
| | ALLIED INTERSTATE LLC |

**MASHIRI LAW FIRM**
A Professional Corporation
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ms. Raagini Shah, counsel for Defendants and that I have obtained Ms. Shah's approval for her electronic signature to this document.

DATED: September 11, 2017      **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
FELIPE MAGALLON

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: September 11, 2017      **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
FELIPE MAGALLON