# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON<br><br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK; ALLIED INTERSTATE LLC<br><br>Defendants. | Case No. 17-cv-00955-CAB-JMA<br><br>**ORDER ON MOTION TO DISMISS**<br><br>[Doc. No. 13] |

Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read the moving papers, and good cause appearing, the court **GRANTS** the motion, and **DISMISSES WITH PREJUDICE** the complaint in its entirety. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED.**

Dated: September 11, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge